BERTHA SCHIERMER, Respondent, v. F. ROEBLING GEYSER, Appellant.— Order denying defendant's motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

CARL SCHMID, Respondent, v. ISIDORE BREIDBART and Another, Copartners, etc., Appellants.— Orders reversed on the law and the facts, with ten dollars costs and disbursements. There being nothing in the record to show that the plaintiff assignee resides in Orange county, and hence that the venue is properly laid there, in our opinion, the convenience of witnesses and the ends of justice will best be promoted by a change from Orange to New York county, where the contract was made and to be performed, and where the action arose, and where the defendants and their witnesses, together with plaintiff's assignor and plaintiff's witness, have their place of business. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

SOL E. TEPPER, Also Known as S. E. TEPPER, Respondent, v. UNITED SCIENTIFIC LABORATORIES, INC., Appellant.— Order granting inspection and discovery affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

ANNA M. TEVLIN, Grantee, Suing in the Name of ALICE M. NEIER, Grantor, Respondent, v. LOUIS KESSMAN, Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to abide the event. The evidence admitted as to the residence of a former owner of the premises was hearsay and was not justified by the rule as to evidence of pedigree. (*Young* v. *Shulenberg,* 165 N. Y. 385, 388; *Washington* v. *Bank for Savings,* 171 id. 166; *Eisenlord* v. *Clum,* 126 id. 552; Jones Ev. § 318; 3 Wigm. Ev. [2d ed.] § 1481.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

BENNY WARDYNSKY, Respondent, v. HICKEY CONTRACTING COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN J. WHALEN, Respondent, v. JAMES C. DAVIS, as Director-General of Railroads, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROBERT H. WHITFORD, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHARLES S. WITWER, Respondent, v. CHARLES E. HENNINGSON, Appellant.— Order denying motion to change place of trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See *Woodland Lumber, etc., Co.* v. *Barnett,* 185 App. Div. 572, and *Pulaski* v. *Tryon,* 214 id. 822.) Rich, Jaycox and Kapper, JJ., concur; Kelly, P. J., and Lazansky, J., dissent upon the ground that neither the convenience of witnesses nor the interests of justice would be served by a change of venue.